# U.S. District Court
# Middle District of Florida (Jacksonville)
# CRIMINAL DOCKET FOR CASE #: 3:23-cr-00123-TJC-MCR-4

Case title: USA v. McGhee et al

Date Filed: 08/23/2023

---

Assigned to: Judge Timothy J. Corrigan
Referred to: Magistrate Judge Monte C. Richardson

## Defendant (4)

**Natra Antonio Jones**

| Pending Counts | Disposition |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE<br>(1) | |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE<br>(2) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

USA          represented by  **Aakash Singh**
                              DOJ-USAO
                              Jacksonville Office
                              300 N. Hogan Street

904-301-6300
Email: aakash.singh@usdoj.gov
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Mai Tran**
United States Attorney's Office
Suite 700
300 N. Hogan Street
Jacksonville, FL 32202
904-301-6300
Fax: 904-301-6310
Email: mai.tran2@usdoj.gov
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2023 | 1 | INDICTMENT returned in open court as to Aaron Jarvis McGhee (1) count(s) 1, Shikita Lashelle James (2) count(s) 1, 3, Johnny Angelo Pack (3) count(s) 1, 4, Natra Antonio Jones (4) count(s) 1, 2, Bobby Warren Harvey, Jr. (5) count(s) 1, 2. (Attachments: # 1 Restricted Unredacted Indictment) (BGR) (Entered: 08/23/2023) |
| 08/23/2023 | 14 | MOTION for Arrest Warrant by USA as to Natra Antonio Jones. (BGR) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 08/23/2023) |
| 08/23/2023 | 15 | **ORDER granting 14 Motion for Arrest Warrant as to Natra Antonio Jones (4). Signed by Magistrate Judge Joel B. Toomey on 8/23/2023. (BGR)** (Entered: 08/23/2023) |
| 09/08/2023 | 53 | NOTICE OF ATTORNEY APPEARANCE Mai Tran appearing for USA. (Tran, Mai) (Entered: 09/08/2023) |
| 09/28/2023 | 57 | BILL of particulars as to Aaron Jarvis McGhee, Shikita Lashelle James, Johnny Angelo Pack, Natra Antonio Jones, Bobby Warren Harvey, Jr. (Tran, Mai) (Entered: 09/28/2023) |
| 11/01/2023 | 66 | AMENDED BILL of Particulars as to Aaron Jarvis McGhee, Shikita Lashelle James, Johnny Angelo Pack, Natra Antonio Jones, Bobby Warren Harvey, Jr. (Tran, Mai) Modified text on 11/2/2023 (KME). (Entered: 11/01/2023) |

AO 442 (Rev. 8/22/23) Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

NATRA ANTONIO JONES

Defendant

Case No. 3:23-cr-123-TJC-MCR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),* NATRA ANTONIO JONES

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with the intent to distribute 400 grams or more of fentanyl, in violation of 21 U.S.C. § 846; and Possession with Intent to Distribute 400 or More Grams of Fentanyl, in violation of 21 U.S.C. § 841(a)(1).

Date: 8/23/2023

*Issuing officer's signature*

City and state: Jacksonville, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/23/2023, and the person was arrested on *(date)* 11/9/2023
at *(city and state)* Camden Co

Date: 11/9/23

*Arresting officer's signature*

Michael J. Cabrera
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

AARON JARVIS McGHEE,
   a/k/a "Boogie"
SHIKITA LASHELLE JAMES,
JOHNNY ANGELO PACK,
NATRA ANTONIO JONES, and
BOBBY WARREN HARVEY, JR.

CASE NO. 3:23-cr-123-TJC-MCR
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than in or about April 2022, and continuing through on or about May 16, 2023, in the Middle District of Florida, and elsewhere, the defendants,

AARON JARVIS McGHEE, a/k/a "Boogie,"
SHIKITA LASHELLE JAMES,
JOHNNY ANGELO PACK,
NATRA ANTONIO JONES, and
BOBBY WARREN HARVEY, JR.,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury to distribute and possess with the intent to distribute controlled substances, including mixtures and substances containing detectable amounts of fentanyl and methamphetamine, both Schedule II controlled substances.

The violation involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

## COUNT TWO

On or about April 28, 2023, in the Middle District of Florida, the defendants,

NATRA ANTONIO JONES and
BOBBY WARREN HARVEY, JR.,

aiding and abetting each other, did knowingly and intentionally possess with the intent to distribute a controlled substance. The violation involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2.

## COUNT THREE

On or about May 16, 2023, in the Middle District of Florida, the defendant,

SHIKITA LASHELLE JAMES,

did knowingly and intentionally possess with the intent to distribute controlled substances. The violation involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl and 500 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, both Schedule II controlled substances.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR

On or about May 16, 2023, in the Middle District of Florida, the defendant,

JOHNNY ANGELO PACK,

did knowingly and intentionally possess with the intent to distribute a controlled substance. The violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846 or 21 U.S.C. § 841(a)(1), the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, the following:

    a. approximately $773,980 in U.S. currency, seized on April 28, 2023, at the Jacksonville International Airport, located at 2400 Yankee Clipper Drive, Jacksonville, Florida,

    b. approximately $10,000 in U.S. currency, seized on May 16, 2023, at the Courtyard Marriot, located at 9815 Lantern Street, Jacksonville, Florida,

    c. approximately $824,189 in U.S. currency, seized on May 16, 2023, at 4569 Cape Elizabeth Court East, Jacksonville, Florida,

    d. approximately $28,000 in U.S. currency, seized on May 16, 2023, at 4948 Mints Court, Jacksonville, Florida,

    e. approximately $30,846 in U.S. currency, seized on May 24, 2023, at 9622 Watershed Drive, Jacksonville, Florida,

    f. a Samsung cellular phone, seized on May 24, 2023, at 9622 Watershed Drive, Jacksonville, Florida,

    g. a gray Samsung cellular phone, seized on May 16, 2023, at the Courtyard Marriot, located at 9815 Lantern Street, Jacksonville, Florida,

    h. a Royal Sovereign Bill Money Counter, bearing serial number NJ22011376, seized on May 16, 2023, at 4948 Mints Court, Jacksonville, Florida,

i. a black Samsung cellular phone, seized on May 16, 2023, at 4948 Mints Court, Jacksonville, Florida,

j. a Motorola cellular phone, seized on May 16, 2023, at 4948 Mints Court, Jacksonville, Florida,

k. two (2) iPhone 13s, seized on May 16, 2023, at the parking lot of Courtyard Marriot, located at 9815 Lantern Street, Jacksonville, Florida,

l. a Samsug Galaxy A14 5G cellular phone, seized on May 16, 2023, at the parking lot of Courtyard Marriot, located at 9815 Lantern Street, Jacksonville, Florida,

m. a Samsung Galaxy A03s cellular phone, seized on May 16, 2023, at the parking lot of Courtyard Marriot, located at 9815 Lantern Street, Jacksonville, Florida,

n. a Motorola Moto G cellular phone, seized on May 16, 2023, at the parking lot of Courtyard Marriot, located at 9815 Lantern Street, Jacksonville, Florida,

o. an Armalite 5.56mm rifle, bearing serial number 515401,

p. an Extar EXP556 Model 5.56mm pistol, bearing serial number EPO7315,

q. an Anderson Manufacturing Model AM15 5.56mm rifle, bearing serial number 16038308,

r. a Romarm 7.62mm rifle, bearing serial number 1966RS2815,

  s. a Stryker Iver Johnson 12-gauge shotgun, bearing serial number 18E-3599,

  t. a Canik handgun, bearing serial number 20AT16871,

  u. a Smith & Wesson .38 caliber revolver, bearing serial number 4817,

  v. a Taurus PT111 G2 handgun, bearing serial number TKT66235, and

  w. any and all ammunition and magazines.

4. If any of the property described above, as a result of any acts or omissions of the defendants:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).



A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: AAKASH SINGH
Assistant United States Attorney

By: MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
8/22/23 Revised

No. 3:23-cr-

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

AARON JARVIS MCGHEE

INDICTMENT

Violations: 21 U.S.C. §§ 846 and 841(a)(1) & 18 U.S.C. § 2

A true bill,

███████████████████
Foreperson

Filed in open court this 23rd day

of August, 2023.

_Inacu S. Perretti_
Clerk

Bail $ _____

GPO 863 525